OPINION — AG — **** HOSPITAL — COMPETITIVE BIDDING **** A HOSPITAL AUTHORITY, A PUBLIC TRUST CREATED UNDER THE PROVISIONS OF 60 O.S. 1971 176 [60-176] ET SEQ., IS REQUIRED TO PURCHASE EQUIPMENT SUCH AS CHAIRS, TABLES, FILES, DESKS, TYPEWRITERS, AND ADDING MACHINES PURSUANT TO COMPETITIVE BIDDING. CITE: 61 O.S. 1974 Supp., 101 [61-101] ; 74 O.S. 1971, 85.2(5) [74-85.2]; 25 O.S. 1971 2 [25-2] (MIKE MARTIN) ** 74 O.S. 85.2 [74-85.2](5) **